STATE of Missouri, Respondent,

v.

Clara ARNOLD, Appellant.

No. WD 48782.

Missouri Court of Appeals,
Western District.

Oct. 18, 1994.

Mark C. Evans, Fulton, for appellant.

Robert R. Sterner, Pros. Atty., Callaway County, Fulton, for respondent.

Before ELLIS, P.J., and BERREY and SMART, JJ.

### ORDER

PER CURIAM.

Defendant appeals her conviction of endangering the welfare of a child in the second degree in violation of § 568.050.1(2), RSMo 1986, on which she was sentenced to one year confinement in the Callaway County Jail.

The judgment is affirmed.    Rule 30.25(b).